**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA \*\*COURT/ORDER MINUTES\*\***

**U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA ROOM 110**

DEFT: ESTEBAN SANTIAGO RUIZ (J)#15500-104    CASE NO: 17-6003-SELTZER

AUSA: R. DEL TORO (T. LINDSEY DUTY AUSA)    ATTY:

USPO:    VIOL: 18:USC 37, 924

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no    COUNSEL APPOINTED: **FPD: ROBERT BERUBE**

BOND SET @:    To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property**.**
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person. IN MD/FL
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

**DEFENDANT PRESENT IN COURT WITHOUT COUNSEL**

**ADVISED OF CHARGES.**

**DEFENDANT REQUEST COURT APPOINTMENT**

**SWORN/TEST FOR COURT APPOINTMENT**

**FOUND INDIGENT. FEDERAL PUBLIC DEFENDER'S OFFICE APPOINTED. ROBERT BERUBE PRESENT IN COURT. GOVERNMENT RECOMMENDS DETENTION**

**FPD REQUESTS FIVE FULL DAYS.**

**NEXT COURT APPEARANCE:**    DATE:    TIME:    JUDGE:    PLACE:

REPORT RE COUNSEL:

**PTD**/BOND HEARING:    **TUESDAY JANUARY 17, 2017 AT 1 PM (DUTY SNOW)**

PRELIM/**ARRAIGN** OR REMOVAL:    **MONDAY JANUARY 23, 2017 AT 11 AM (DUTY HUNT)**

STATUS RE DEPOSITION:

DATE: **01/09/17**    TIME: **11:00 AM**    FTL/TAPE/# AOV-    Begin    DAR:

[20 MINS]    11:14:41-11:32;40